FISHEL, NESSLER & CO. v. FISHEL & CO. et al. (Circuit Court of Appeals, Second Circuit. November 20, 1912.) Appeal from the District Court of the United States for the Southern District of New York. Before LACOMBE, WARD, and NOYES, Circuit Judges.

PER CURIAM. The former order of this court, requiring the excluded evidence to be incorporated in the record, will be sufficiently complied with by including in such record a statement of the kind described in rule 46 of the new rules of practice in equity (198 Fed. xxxi).

---

In re ROSS. Appeal of WENDERLIN. (Circuit Court of Appeals, Second Circuit. December 2, 1912.) No. 178. Appeal from the District Court of the United States for the Eastern District of New York. Before LACOMBE, COXE, and NOYES, Circuit Judges.

PER CURIAM. This is an application to have inserted in the record the time and place of the death of Fridolf F. Wenderlin. We understand that there is no dispute as to the fact that Wenderlin died in the Flushing Hospital on the 21st of July, 1909. This being so, and there being no necessity for taking further testimony, we think the best disposition of this motion will be to postpone it until the argument of the appeal, when it can be disposed of in the light of all the facts.

---

STOCKYARDS COTTON & LINSEED MEAL CO. v. MANSFIELD COTTON OIL CO. (Circuit Court of Appeals, Fifth Circuit. December 10, 1912.) No. 2,777. In Error to the District Court of the United States for the Northern District of Texas; Edward R. Meek, Judge. I. W. Stephens, and Geo. E. Miller, both of Ft. Worth, Tex., for plaintiff in error. Mike E. Smith, of Ft. Worth, Tex., for defendant in error. Before PARDEE and SHELBY, Circuit Judges, and FOSTER, District Judge.

PER CURIAM. The conclusion of the trial court that the contract sued upon in this case is in violation of the so-called Sherman Trust Act is fully supported by the finding of facts in the case. The judgment is affirmed.

---

VENNER v. CHICAGO CITY RY. CO. et al. (Circuit Court of Appeals, Seventh Circuit. October 24, 1912.) No. 1,911. Appeal from the District Court of the United States for the Eastern Division of the Northern District of Illinois. Elijah N. Zoline, of Chicago, Ill., for appellant. John P. Wilson, John M. Zane, Wm. H. Sexton, and John W. Beckwith, all of Chicago, Ill., for appellees. Before BAKER and SEAMAN, Circuit Judges, and GEIGER, District Judge.

PER CURIAM. The decree below is affirmed, upon the opinion of Judge Kohlsaat in the District Court. 195 Fed. 788.